■ In the Matter of the Arbitration between ENLARGED CITY SCHOOL DISTRICT OF TROY, Respondent, and JOSEPH FRANCESE, INC., Appellant. [618 NYS2d 593] —Appeal from an order of the Supreme Court (Spain, J.), entered May 17, 1994 in Rensselaer County, which, inter alia, granted petitioner's application pursuant to CPLR 7503 to stay arbitration between the parties.

Order affirmed, upon the opinion of Justice Edward O. Spain.

Mikoll, J. P., Crew III, Casey and Peters, JJ., concur. Ordered that the order is affirmed, with costs.